**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                      **Case No. 4:18-cr-00047-01 KGB**

**DERREK GERARD PETERS, JR.**                                                    DEFENDANT

### AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order for revocation of supervised release as to defendant Derrek Gerard Peters, Jr. entered on April 6, 2026 (Dkt. No. 116), is hereby amended to reflect the correct date for the expiration of Peters' supervised release. Peter's supervised release shall expire on December 26, 2027, consistent with the revocation sentence imposed and announced in open court.

All other conditions contained in the original Judgment and Commitment Order for revocation of supervised release remain in full force and effect.

The Clerk is directed to provide a copy of this Order to counsel, the United States Probation Office, and the United States Marshals Office.

It is so ordered this 8th day of April, 2026.

_____
Kristine G. Baker
Chief United States District Court